

RECEIVED
IN LAKE CHARLES, LA

JUN 28 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| EVANSTON INSURANCE COMPANY | : | DOCKET NO. 2:06 CV 303 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| COMPOSITE MARINE L.L.C. ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Having heard the argument of counsel,

IT IS ORDERED, ADJUDGED and DECREED that the MOTION to Dismiss the Complaint for Declaratory Judgment for Lack of Subject Matter Jurisdiction filed by Duphil, Inc. [doc. 4] and the MOTION to Dismiss Complaint filed by David Drez [doc. 12] ARE GRANTED.

IT IS ORDERED that the plaintiff's suit IS DISMISSED.

Lake Charles, Louisiana, this 27 day of June, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE